UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

HTUN M.P.,

Petitioner,

v.

MARKWAYNE MULLIN, Secretary, Department of Homeland Security; TODD M. LYONS, Acting Director, Immigration and Customs Enforcement; and DAVID EASTERWOOD, Acting Director, St. Paul Field Office Immigration and Customs Enforcement,

Respondents.

Case No. 26-CV-2428 (PJS/LIB)

ORDER

This matter is before the Court on petitioner's emergency motion to enjoin his transfer from a detention facility in Minnesota to a detention facility in another state. ECF No. 4.

Petitioner filed a pro se petition for a writ of habeas corpus on April 30, 2025. ECF No. 1. On the evening of May 4, petitioner filed an amended petition through counsel. ECF No. 3. At about 8:00 am today (May 5), petitioner told his counsel that he had been informed that he would be transferred to Louisiana this afternoon. ECF No. 6, Suitor Decl. ¶¶ 5–7. Petitioner now asks the Court to enjoin respondents from going forward with this transfer. *Id.* ¶ 10; ECF No. 4.

During Operation Metro Surge, this Court handled hundreds of immigration habeas cases—many accompanied by requests for emergency relief—within a couple of months. In those cases, the judges of this District typically enjoined the transfer of detainees upon the filing of the case to ensure petitioners' access to counsel and to preserve jurisdiction. Those circumstances do not exist in this case. Petitioner has successfully communicated with counsel, and the possibility that a different facility may be "less inclined to cooperate" with his counsel does not provide a legal basis for enjoining his transfer. ECF No. 4 at 4. Moreover, there is no question that the Court will retain jurisdiction over this case, as petitioner has filed both an original and amended habeas petition, and this Court will not lose jurisdiction if petitioner is transferred out of Minnesota. *Rumsfeld v. Padilla*, 542 U.S. 426, 443 (2004).

Under the circumstances, the Court does not appear to have authority to instruct the government where it may and may not detain petitioner. His emergency motion is therefore denied.

ORDER

Based on all of the files, records, and proceedings herein, IT IS HEREBY ORDERED THAT petitioner's emergency motion for order enjoining movement [ECF No. 4] is DENIED.

Dated: May 5, 2026

/s/ Patrick J. Schiltz
Patrick J. Schiltz, Chief Judge
United States District Court